UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IONA WORKMAN,<br><br>    Plaintiff,<br><br>v.<br><br>INPHONIC, INC.,<br><br>    Defendant. | Case No. 1:06cv01647-ESH<br>Judge Ellen Segal Huvelle |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Mitchell R. Berger hereby enters his appearance as lead counsel in this case for Defendant InPhonic, Inc.

Dated: September 28, 2006
       Washington, D.C.

/s/ Mitchell R. Berger
Mitchell R. Berger
D.C. Bar No. 385467
**PATTON BOGGS LLP**
2550 M Street, N.W.
Washington, D.C. 20037
Phone: (202) 457-5601
Fax:    (202) 457-6315

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jason M. A. Twining
Jason M. A. Twining