JURY, TYPE-M

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01577-ESH

HELLER v. INPHONIC, INC.
Assigned to: Judge Ellen S. Huvelle
Related Case: 1:06-cv-00951-ESH
Cause: 28:1332 Diversity-Other Contract

Date Filed: 09/11/2006
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**STANLEY J. HELLER**

represented by **Gary Edward Mason**
THE MASON LAW FIRM
1225 19th Street, NW
Suite 500
Washington, DC 20036
(202) 429-2290
Fax: (202) 429-2294
Email: gmason@masonlawdc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**INPHONIC, INC.**

represented by **Mitchell R. Berger**
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
(202)457-5601
Fax: (202)457-6315
Email: mberger@pattonboggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2006 | 1 | COMPLAINT against INPHONIC, INC. (Filing fee $ 350) filed by STANLEY J. HELLER.(jf, ) (Entered: 09/13/2006) |
| 09/11/2006 | | Summons (1) Issued as to INPHONIC, INC.. (jf, ) (Entered: 09/13/2006) |
| 09/11/2006 | 2 | NOTICE OF RELATED CASE by STANLEY J. HELLER. Case related to Case No. 06-951. (jf, ) (Entered: 09/13/2006) |
| 09/20/2006 | 3 | NOTICE of Appearance by Mitchell R. Berger on behalf of INPHONIC, INC. (Berger, Mitchell) (Entered: 09/20/2006) |

| 09/20/2006 | 4 | MOTION to Stay *Defendant InPhonic, Inc.'s Motion to Stay Further Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation* by INPHONIC, INC.. (Attachments: # 1 Text of Proposed Order Proposed Order# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4)(Berger, Mitchell) (Entered: 09/20/2006) |
| --- | --- | --- |
| 09/20/2006 | 5 | Corporate Disclosure Statement by INPHONIC, INC.. (Berger, Mitchell) (Entered: 09/20/2006) |
| 09/21/2006 | | MINUTE ORDER granting 4 defendant's Motion to Stay Further Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation. This matter will be stayed until the Judicial Panel on Multidistrict Litigation issues its ruling on defendant's pending motion for transfer and consolidation. Signed by Judge Ellen S. Huvelle on 9/21/2006. (lcesh3) (Entered: 09/21/2006) |
| 09/27/2006 | | THIS IS A TEST. Please disregard this notice. This entry will be deleted upon the completion of this test. (jeb, ) (Entered: 09/27/2006) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 09/28/2006 14:54:26 | | |
| **PACER Login:** | pb0014 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 1:06-cv-01577-ESH |
| **Billable Pages:** | 1 | **Cost:** 0.08 |