## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, a copy of the foregoing Motion to Stay Further Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation, exhibits thereto, and accompanying Order, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jason M. A. Twining
Jason M. A. Twining