AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
SEP 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Iona Workman, individually and on behalf of all other persons similarly situated,
223 Pawnee Street
Battle Creek, MI 49015

**SUMMONS IN A CIVIL CASE**

V.

INPHONIC, INCORPORATED
Serve:
Corporation Service Company
1090 Vermont Ave., NW
Washington, DC 20005

CASE NUM

CASE NUMBER 1:06CV01647

JUDGE: Ellen Segal Huvelle

DECK TYPE: General Civil

DATE STAMP: 09/25/2006

TO: (Name and address of Defendant)

INPHONIC, INCORPORATED
Serve: Corporation Service Company
1090 Vermont Avenue, NW
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric A. Eisen
Eisen & Shapiro
10028 Woodhill Road
Bethesda, MD 20817

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        SEP 2 5 2006

CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | September 25, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Rebecca Eisen | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, return receipt requested, pursuant to FRCP 4(h)(1), 4(e)(1) & DC Sup. Ct. R. 4(c)(3)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | File & Serve: $50.00 | $60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 25, 2006   *[signature]*
                    Date                    Signature of Server

10028 Woodhill Road
Bethesda, MD 20817
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.